# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | CV 22-00056-FWS (MRWx) | Date | January 23, 2024 |
|---|---|---|---|
| Title | Adrian Chavez et al v. United States of America et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                   None Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on January 4, 2022. On January 9, 2024, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before January 16, 2024, why this action should not be dismissed for lack of prosecution [48]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The court hereby orders all proceedings in the case vacated and taken off calendar.

The Court's Order to Show Cause is hereby DISCHARGED.

| | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |